Approved by: _____    ORIGINAL
             JOHN M. WHITNEY
             Special Assistant United States Attorney

                                                              26MJ2726(KPB)

Before:    THE HONORABLE KIM P. BERG
           United States Magistrate Judge
           Southern District of New York

- - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA                    :    MISDEMEANOR
                                                 COMPLAINT

                                            :

                                            :    Violation of
           -v-                                   38 C.F.R. 1.218(a)(7)

                                            :

BYRON L. KISTE                              :

                                            :    COUNTY OF OFFENSE:
           Defendant                             WESTCHESTER

                                            :
- - - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

   Christien Vazquez, being duly sworn, deposes and says that he is a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York, and charges as follows:

                          COUNT ONE

   On or about May 08, 2026, at the Montrose Veterans Administration Hospital, Montrose, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, BYRON L. KISTE, the defendant, unlawfully, knowingly and willfully introduced alcohol on Veterans Administration property, to-wit:  the defendant brought or caused to be brought vodka to VA property and possessed it in two Snapple bottles inside his room on VA property.

          (38 Code of Federal Regulations, 1.218(a)(7))

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1.  I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York.

2.  Upon information and belief, on or about May 08, 2026, at approximately 2:05 p.m., VA Police were notified of possible contraband found in a patient's room in Building 15 on Veterans Administration property.

3.  Officer Christien Vazquez of the VA Police responded to the scene of defendant BYRON L. KISTE's room #249 and met with Dr. Thomas Stracuzzi. Dr. Stracuzzi, who made a verbal and written statement, indicated that the defendant's room was being searched after the defendant was returning from an absence due to safety reasons. During the search, defendant stated to Dr. Stracuzzi "if there is any alcohol left, it would be in a Snapple bottle in my wardrobe" and that he had ordered the alcohol from UberEATS (an electronic delivery service). Defendant handed two Snapple bottles with clear liquid to Dr. Stracuzzi and told him they contained vodka. Dr. Stracuzzi brought the bottles to the nursing station and told them to contact the VA Police Service.

4.  Officer Vazquez made contact with the defendant, who stated the bottles were his and they contained vodka. Defendant was issued a United States District Court Violation Notice for unauthorized introduction or possession of alcoholic beverages on VA grounds (DCVN Number 9045327/SY53). The two bottles were gathered and processed into evidence.

5.  Defendant was released and the investigation was concluded.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

Christian Vazquez

VA Police Service

Sworn to before me this
10th day of July 2026

HONORABLE KIM B. BERG
United States Magistrate Judge
Southern District of New York