UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

54539045326
54539045307

UNITED STATES OF AMERICA,

Plaintiff,

-against-

Byron Kiste,

Defendant.

Case No.: 26 MJ 2726 (KPB)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Kim Berg

Hon. Kim P. Berg,
United States Magistrate Judge

Dated: 9th day of October, 2026
White Plains, New York